UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVONTAY LAVENDER,<br><br>            Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER AMAYA, et al.,<br><br>            Defendants. | Case No. 2:25-cv-09285-SRM-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [7]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED:  April 24, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

2