JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DELVONTAY LAVENDER,

           Plaintiff,

    v.

CORRECTIONAL OFFICER AMAYA, et al.,

           Defendants.

Case No. 2:25-cv-09285-SRM-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: April 24, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE